IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, | § § § | |
| Plaintiff, | § § § | C.A. NO. 2:21-CV-02235<br>Admiralty 9(h) |
| FLUENCE ENERGY, LLC, SCHENKER, INC., and SCHENKER DEUTSCHLAND AG | § § § | |

**SCHENKEROCEAN, LTD.'S COMPLAINT IN INTERVENTION**

SCHENKERocean, Ltd. files this Complaint in Intervention and would respectfully show the Court as follows:

1. This action concerns a Cargo of goods shipped aboard the *BBC Finland* from Hai Phong, Vietnam to San Diego, California. Plaintiff BBC Chartering Carriers GmbH & Co. KG ("BBC") filed their Complaint seeking, *inter alia*, a declaratory judgment regarding the application of the Carriage of Goods by Sea Act, Pub. L. No. 521, 49 Stat. 1207 (1936), *reprinted in* 46 U.S.C. § 30701 n.1 ("COGSA") both under the terms of the contract of carriage and by operation of law.

2. BBC joined three entities to their complaint—Fluence Energy, LLC, as the Shipper under four BBC Bills of Lading, Schenker, Inc. as the consignee identified under the four BBC Bills of Lading, and Schenker Deutschland, AG as the Merchant under the BBC Booking Note. BBC alleged that all three entities would be affected by a declaration in this case.

3. In addition to the foregoing mentioned BBC Bills of Lading and BBC Booking Note, the contract of carriage is further evidenced by a freight forwarding/multimodal transport contract between Schenker Deutschland, AG and non-party Fluence Energy, GmbH. Under this

agreement, Schenker Deutschland, AG and Fluence Energy, GmbH agreed to a term stating "B/L- and/or B/N-Conditions of carrier's to apply."

4. Pursuant to the freight forwarding/multimodal transport contract between Schenker Deutschland, AG and Fluence Energy, GmbH, Schencker Deutschland, AG signed four Sea Waybills on behalf of SCHENKERocean Ltd. which list Fluence Energy, LLC as the consignee for the carriage of goods in question. In addition to applying by operation of law, COGSA also applies under the terms of the SCHENKERocean Sea Waybill.

5. SCHENKERocean Ltd. is a COGSA "Carrier" under the SCHENKERocean Sea Waybill.

6. SCHENKERocean Ltd. is entitled to intervene in this action as a matter of right pursuant to Federal Rule of Civil Procedure 24(a).

7. On information and belief, following departure from Hai Phong Vietnam, the *BBC Finland* encountered adverse weather and/or smoke emanated from the cargo allegedly causing damage to a portion of the cargo.

8. On information and belief, Fluence was provided with a fair opportunity to declare the Cargo's value on the face of the BBC Bills of Lading, the BBC Booking Note, and the SCHENKERocean Sea Waybill; however, Fluence did not declare a value for the Cargo on any of the foregoing.

9. To the extent Fluence or BBC will allege liability on the part of Schenker, Inc., Schenker Deutschland, AG, or SCHENKERocean Ltd. for the alleged damage to the Cargo, Schenker, Inc., Schenker Deutschland, SCHENKERocean Ltd., BBC, and Fluence are entities that are parties at interest under the contract for carriage described herein within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

#

10. As a COGSA "Carrier," SCHENKERocean Ltd. is not liable for any loss to cargo resulting from excepted causes. Here, any damage to the Cargo shipped pursuant to the SCHENKERocean Sea Waybill was exclusively caused by one or more excepted cause. SCHENKERocean is therefore not liable for any loss or damage to the Cargo.

11. Although any alleged liability on the part of SCHENKERocean Ltd. is expressly denied, any such liability potentially arising out of the factual circumstances described above is subject to the COGSA's liability limitations contained within the BBC Bills of Lading, the BBC Booking Note, and the SCHENKERocean Sea Waybill and incorporated by express reference in the freight forwarding/multimodal transport agreement between Schenker Deutschland and Fluence Energy, GmbH. The limitations to which Schenker, Inc., Schenker Deutschland, AG, and SCHENKERocean Ltd. are entitled include, but are not limited to, the $500.00 per package or customary freight unit limitation.

For these reasons, SCHENKERocean, Ltd. prays:

1. That its Complaint in Intervention be Served on Defendant Fluence Energy, LLC and that Fluence Energy, LLC be cited to appear and answer all and singular the allegations contained herein;

2. For a declaratory judgment that the exceptions provided by COGSA are a complete liability shield preventing any recovery by Fluence Energy LLC and/or Fluence Energy GmbH from Schenker Deutschland, AG, Schenker, Inc., and SCHENKERocean, Ltd. for the alleged damage and/or loss to the cargo.

3. That in the alternative, the limitation of liability provisions in COGSA apply to the contract of carriage, thus limiting any potential recovery by the defendants from Schenker

#

Deutschland, AG, Schenker, Inc. and SCHENKERocean, Ltd. to $500.00 per package for the alleged damage and/or loss to the Cargo.

  4.  That this United States District Court for the Southern District of Texas is the proper and exclusive venue in which any claim arising out of the contract of carriage evidenced by the BBC Bills of Lading referenced herein for the intended shipment of Cargo from Hai Phong, Vietnam to San Diego, California, and;

  5.  For any and all further relief, at equity or at law, to which they may be entitled.

          Respectfully submitted,

          */s/ James T. Bailey*
          Robert L. Klawetter
          Federal I.D. 2471
          State Bar No. 11554700
          klawetter@easthamlaw.com
          James T. Bailey
          Federal I.D. 30347
          State Bar No. 24031711
          bailey@easthamlaw.com
          Cameron A. Hatzel
          Federal I.D. 1128943
          State Bar No. 24074373
          hatzel@easthamlaw.com
          The Niels Esperson Building
          808 Travis Street, Suite 1300
          Houston, Texas 77002
          Telephone: (713) 225-0905
          Facsimile: (713) 225-2907

          *Attorneys for Schenker, Inc.*
          *Schenker Deutschland, AG &*
          *SCHENKERocean, Ltd.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

\#

5

**CERTIFICATE OF SERVICE**

   I certify that I filed the foregoing pleading on **18 July 2021**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

                    */s/ James T. Bailey*
                      James T. Bailey

#