IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, | § § § | |
| *Plaintiff,* | § § | C.A. NO. 2:21-CV-02235 Admiralty 9(h) |
| FLUENCE ENERGY, LLC, SCHENKER, INC., and SCHENKER DEUTSCHLAND AG | § § § § | |

**<u>DEFENDANT SCHENKER DEUTSCHLAND AG'S THIRD PARTY COMPLAINT</u>**

Defendant/Third Party Plaintiff Schenker Deutschland AG files this Third Party Complaint against Fluence Energy, GmbH pursuant to Fed. R. Civ. P. 14 and would respectfully show the following:

1. This action concerns a Cargo of goods shipped aboard the *BBC Finland* from Hai Phong, Vietnam to San Diego, California. Plaintiff, BBC Chartering Carriers GmbH & Co. KG ("BBC"), filed their Complaint seeking, *inter alia*, a declaratory judgment regarding the application of the Carriage of Goods by Sea Act, Pub. L. No. 521, 49 Stat. 1207 (1936), *reprinted in* 46 U.S.C. § 30701 n.1 ("COGSA") both under the terms of the contract of carriage and by operation of law.

2. BBC joined three entities to their complaint—Fluence Energy, LLC, as the Shipper under four BBC Bills of Lading, Schenker, Inc. as the consignee identified under the Four Bills of Lading, and Schenker Deutschland, AG as the Merchant under the BBC Booking Note. BBC alleged that all three entities would be affected by a declaration in this case.

3. In addition to the foregoing mentioned BBC Bills of Lading and BBC Booking Note, the contract of carriage is further evidenced by a freight forwarding/multimodal transport

contract between Schenker Deutschland, AG and Third Party Defendant Fluence Energy, GmbH. Under this agreement, Schenker Deutschland, AG and Fluence Energy, GmbH agreed to a term stating "B/L- and/or B/N-Conditions of carrier's to apply."

4. Pursuant to the freight forwarding/multimodal transport contract between Schenker Deutschland, AG and Fluence Energy, GmbH, Schenker Deutschland, AG signed four Sea Waybills on behalf of SCHENKERocean Ltd. which list Fluence Energy, LLC as the consignee for the carriage of goods in question. In addition to applying by operation of law, COGSA also applies under the terms of the SCHENKERocean Sea Waybill. SCHENKERocean Ltd. has filed a Complaint in Intervention in this proceeding.

5. The Third Party Defendant Fluence Energy, GmbH is an entity that will be affected by this declaration. Upon information and belief, Fluence Energy GmbH has an interest in the cargo.

6. Upon information and belief Fluence Energy, GmbH is a foreign entity organized and existing under the laws of a foreign nation, with its principal offices located in Germany. Pertinent to this action, Fluence Energy, GmbH entered into the freight forwarding/multimodal transport contract with Schenker Deutschland, AG.

7. Pursuant to FED. R. CIV. P. 10(c), Schenker Deutschland AG incorporates by reference and adopts the factual allegations set forth in paragraphs IX, X, XI, XII, XIII, and XIV of the Complaint.

8. On information and belief, Fluence Energy, LLC and Fluence Energy, GmbH were provided with a fair opportunity to declare the Cargo's value on the face of the BBC Bills of Lading, the BBC Booking Note, and the SCHENKERocean Sea Waybill; however, Fluence

Energy, LLC and Fluence Energy, GmbH did not declare a value for the Cargo on any of the foregoing.

9. To the extent Fluence Energy, LLC, Fluence Energy, GmbH, or BBC will allege liability on the part of Schenker, Inc., Schenker Deutschland, AG, or SCHENKERocean, Ltd. for the alleged damage to the Cargo, the foregoing entities are parties at interest under the contract for carriage described herein within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

10. Any alleged damage or loss of the Cargo described herein is subject to the COGSA's liability limitations contained within the BBC Bills of Lading, the BBC Booking Note, and the SCHENKERocean Sea Waybill and incorporated by express reference in the freight forwarding/multimodal transport agreement between Schenker Deutschland, AG and Fluence Energy, GmbH. These limitation to which Schenker, Inc. and Schenker Deutschland, AG are entitled include, but are not limited to, the $500.00 per package or customary freight unit limitation.

For these reasons, Schenker Deutschland, AG pray that:

1. Its Third Party Complaint be served on Fluence Energy, GmbH and that Fluence Energy, GmbH be cited to appear and answer all and singular the allegations contained herein;

2. A declaration that the exceptions provided by COGSA are a complete liability shield preventing any recovery by Fluence Energy, GmbH, Fluence Energy, LLC, and BBC from Schenker, Inc., Schenker Deutschland AG, and SCHENKERocean Ltd. for the alleged damage and/or loss to the cargo.

3. In the alternative, the limitation of liability provisions in COGSA apply to the contract of carriage, thus limiting any potential recovery by Fluence Energy, GmbH, Fluence

#

Energy, LLC, and BBC from Schenker, Inc., Schenker Deutschland AG, and SCHENKERocean Ltd. to $500.00 per package for the alleged damage and/or loss to the Cargo.

    4.    The United States District Court for the Southern District of Texas is the proper and exclusive venue in which any claim arising out of the contract of carriage evidenced by the BBC Bills of Lading referenced herein for the intended shipment of Cargo from Hai Phong, Vietnam to San Diego, California.

    5.    For any and all further relief, at equity or at law, to which they may be entitled.

    Respectfully submitted,

*/s/ James T. Bailey*

Robert L. Klawetter
Federal I.D. 2471
State Bar No. 11554700
klawetter@easthamlaw.com
James T. Bailey
Federal I.D. 30347
State Bar No. 24031711
bailey@easthamlaw.com
Cameron A. Hatzel
Federal I.D. 1128943
State Bar No. 24074373
hatzel@easthamlaw.com
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile:  (713) 225-2907

*Attorneys for Schenker, Inc.*
*Schenker Deutschland, AG &*
*SCHENKERocean, Ltd.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

#

## CERTIFICATE OF SERVICE

   I certify that I filed the foregoing pleading on **18 July 2021**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

                  */s/ James T. Bailey*
                   James T. Bailey

#