IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, | § § § | |
| *Plaintiff*, | § § | C.A. NO. 4:21-CV-02235 |
| v. | § § § | Admiralty 9(h) |
| FLUENCE ENERGY LLC, SCHENKER INC., and SCHENKER DEUTSCHLAND AG | § § § § | |
| *Defendants*. | § | |

**SCHENKER INC. & SCHENKER DEUTSCHLAND AG'S
AMENDED CROSS-CLAIM AGAINST FLUENCE ENERGY LLC**

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Schenker Inc. and Schenker Deutschland AG ("Schenker Deutschland") (collectively "Schenker") amend their Cross-Claim against Fluence Energy LLC ("Fluence LLC") and would respectfully show the following:

1. This Cross-Claim is proper under FED. R. CIV. P. 13(g) because it arises out of the same transaction or occurrence that is the subject matter of BBC Chartering Carriers GmbH & Co. KG ("BBC")'s Complaint.

2. Pursuant to FED. R. CIV. P. 10(c), Schenker incorporates by reference and adopts the factual allegations set forth in paragraphs II, III, IV, and V of the Complaint.

3. Upon information and belief, Fluence LLC was the shipper and cargo owner under a contract of carriage evidenced by BBC Bills of Lading Numbers BBHY1312001HS01, BBHY1312001HS02, BBHY1312001HS03, BBHY1312001HS04 dated March 1, 2021, for the

carriage of goods by sea from Hai Phong, Vietnam to San Diego, California. Schenker Inc. is identified as the Consignee under the BBC Bills of Lading.

    4.    Fluence LLC asserts that it "hired DB Schenker to book the loading, stowage, and carriage of Fluence's cargo." (Doc. 11 at 2). Accordingly, Fluence LLC is subject to personal jurisdiction pursuant to the terms of the BBC Bills of Lading referenced above.

    5.    The ocean carriage described in the foregoing paragraph was pursuant to an agreement between Schenker Deutschland and Fluence Energy GmbH ("Fluence GmbH") and/or Fluence LLC. The agreement is evidenced by the following correspondence:

    a.    On December 31, 2020, Schenker Deutschland emailed Fluence GmbH and/or Fluence LLC a proposal for transportation of Fluence Cubes from Vietnam to California. The email had an attached spreadsheet with the terms of the offer, including the condition that "B/L- and/or B/N-Conditions of carrier's to apply."

    b.    On January 13, 2021, Schenker Deutschland received a message from Fluence GmbH and/or Fluence LLC stating "Fluence confirmed your attached offer for our SPower Luna project and nominated Schenker for our freight forwarder for this project." The spreadsheet referenced above was also attached to this confirmation.

    c.    On February 24, 2021, Schenker wrote to Fluence GmbH and/or Fluence LLC, stating, "we presently can offer the following realistic options based on BBC (= same carrier presently being employed for LS power I & II), … M/V "BBC Finland" or sub. laycan Haiphong 24.-31.03.2021."

    d. On February 25, 2021, Fluence GmbH and/or Fluence LLC responded that, "We can confirm that Schenker is to proceed with the booking of the vessel for end of March 2021 (24 – 31st)."

6. Based upon information and belief, Fluence LLC and/or Fluence GmbH were notified and advised that BBC was the ocean carrier before the ocean voyage.

7. Additionally, Schenker Deutschland signed a Sea Waybill on behalf of SCHENKERocean Ltd. which lists Fluence LLC as the consignee.

8. Pursuant to Fed. R. Civ. P. 10(c), Schenker incorporates by reference and adopts the factual allegations set forth in paragraphs IX, X, XI, XII, XIII, and XIV of the Complaint.

9. Fluence LLC was provided with a fair opportunity to declare the Cargo's value on the face of the BBC Bills of Lading and the SCHENKERocean Sea Waybill; however, Fluence LLC did not declare a value for the Cargo on any of the foregoing.

10. To the extent Fluence LLC or BBC will allege liability on the part of Schenker Inc. or Schenker Deutschland for damages arising out of the shipment, including alleged damage to the Cargo, Schenker Inc., Schenker Deutschland, SCHENKERocean Ltd., BBC, Fluence LLC, and Fluence GmbH are entities that are parties at interest under the contract for carriage described herein within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

11. To the extent that any of the alleged damages or losses arising out of the shipment, including damage or loss of Cargo was the result of an excepted cause, Schenker Inc. and Schenker Deutschland are not liable for any loss or damage.

12. Any alleged damages or losses arising from the shipment, including damage or loss of Cargo described herein is subject to the COGSA's liability limitations contained within the BBC Bills of Lading and the SCHENKERocean Sea Waybill and incorporated by express reference in

the agreement between Schenker Deutschland and Fluence GmbH and/or Fluence LLC. These liability limitations to which Schenker Inc. and Schenker Deutschland are entitled include, but are not limited to, the $500.00 per package or customary freight unit limitation.

For these reasons, Schenker Inc. and Schenker Deutschland pray for a declaration that:

1. The exceptions provided by COGSA are a complete liability shield preventing any recovery by Fluence LLC and/or Fluence GmbH from Schenker, Inc., Schenker Deutschland, and SCHENKERocean Ltd. for the alleged damage and/or losses arising from the shipment, including any damage and/or loss to the cargo.

2. Alternatively, the limitation of liability provisions in COGSA apply to the contract of carriage, thus limiting any potential recovery from Schenker, Inc., Schenker Deutschland, and SCHENKERocean Ltd. to $500.00 per package for the alleged damage and/or losses arising from the shipment, including any damage and/or loss to the cargo.

3. Alternatively, the cargo was received and transported under and pursuant to a bill of lading, and if there was any damage and/or losses arising from the shipment, including any damage and/or loss to the cargo, such loss or damage was due to one or more of the causes for which neither the carrier nor its agents is liable by virtue of the provisions of the BBC Bills of Lading.

4. The United States District Court for the Southern District of Texas is the proper and exclusive venue in which any claim arising out of the contract of carriage evidenced by the Bills of Lading referenced herein for the intended shipment of Cargo from Hai Phong, Vietnam to San Diego, California.

5. For any and all further relief, at equity or at law, to which they may be entitled.

Respectfully submitted,

*/s/ James T. Bailey*

Robert L. Klawetter
Federal I.D. 2471
State Bar No. 11554700
klawetter@easthamlaw.com
James T. Bailey
Federal I.D. 30347
State Bar No. 24031711
bailey@easthamlaw.com
Cameron A. Hatzel
Federal I.D. 1128943
State Bar No. 24074373
hatzel@easthamlaw.com
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile:  (713) 225-2907

*Attorneys for Schenker Inc., Schenker Deutschland AG, and SCHENKERocean, Ltd.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing pleading on **15 September 2021**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

*/s/ James T. Bailey*
James T. Bailey