IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, | § § § | |
| *Plaintiff*, | § § | C.A. NO. 4:21-CV-02235 |
| v. | § § § | Admiralty 9(h) |
| FLUENCE ENERGY, LLC, SCHENKER, INC., and SCHENKER DEUTSCHLAND AG | § § § § | |
| *Defendants*. | § | |

**SCHENKEROCEAN LTD.'S AMENDED COMPLAINT IN INTERVENTION**

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, SCHENKERocean, Ltd. files this Amended Complaint in Intervention and would respectfully show the Court as follows:

1. This action concerns a Cargo of goods shipped aboard the *BBC Finland* from Hai Phong, Vietnam to San Diego, California. Plaintiff BBC Chartering Carriers GmbH & Co. KG ("BBC") filed their Complaint seeking, *inter alia*, a declaratory judgment regarding the application of the Carriage of Goods by Sea Act, Pub. L. No. 521, 49 Stat. 1207 (1936), *reprinted in* 46 U.S.C. § 30701 n.1 ("COGSA") both under the terms of the contract of carriage and by operation of law.

2. BBC joined three entities to their complaint—Fluence Energy, LLC ("Fluence LLC), as the Shipper under four BBC Bills of Lading, Schenker, Inc. as the consignee identified under the four BBC Bills of Lading and Schenker Deutschland AG. BBC alleged that all three entities would be affected by a declaration in this case.

3. Fluence LLC asserts that it "hired DB Schenker to book the loading, stowage, and carriage of Fluence's cargo." (Doc. 11 at 2). Accordingly, Fluence LLC is subject to personal jurisdiction pursuant to the terms of the BBC Bills of Lading referenced above.

4. The ocean carriage described in the foregoing paragraph was pursuant to an agreement between Schenker Deutschland and Fluence Energy GmbH ("Fluence GmbH") and/or Fluence LLC. The agreement is evidenced by the following correspondence:

    a. On December 31, 2020, Schenker Deutschland AG emailed Fluence GmbH and/or Fluence LLC a proposal for transportation of Fluence Cubes from Vietnam to California. The email had an attached spreadsheet with the terms of the offer, including the condition that "B/L- and/or B/N-Conditions of carrier's to apply."

    b. On January 13, 2021, Schenker Deutschland AG received a message from Fluence GmbH and/or Fluence LLC stating "Fluence confirmed your attached offer for our SPower Luna project and nominated Schenker for our freight forwarder for this project." The spreadsheet referenced above was also attached to this confirmation.

    c. On February 24, 2021, Schenker wrote to Fluence GmbH and/or Fluence LLC, stating, "we presently can offer the following realistic options based on BBC (= same carrier presently being employed for LS power I & II), … M/V "BBC Finland" or sub. laycan Haiphong 24.-31.03.2021."

    d. On February 25, 2021, Fluence GmbH and/or Fluence LLC responded that, "We can confirm that Schenker is to proceed with the booking of the vessel for end of March 2021 (24 – 31st)."

5. Based upon information and belief, Fluence LLC and/or Fluence GmbH were notified and advised that BBC was the ocean carrier before the ocean voyage.

6. Schenker Deutschland AG signed a Sea Waybill on behalf of SCHENKERocean Ltd. which lists Fluence LLC as the consignee for the carriage of goods in question. In addition to applying by operation of law, COGSA also applies under the terms of the SCHENKERocean Sea Waybill and under the SCHENKERocean Bill of Lading Terms and Conditions (which were incorporated by reference in the Sea Waybill).

7. SCHENKERocean Ltd. is a COGSA "Carrier" under the SCHENKERocean Sea Waybill.

8. SCHENKERocean Ltd. is entitled to intervene in this action as a matter of right pursuant to Federal Rule of Civil Procedure 24(a).

9. On information and belief, following departure from Hai Phong Vietnam, the *BBC Finland* encountered adverse weather and/or fire allegedly causing damage to a portion of the cargo.

10. On information and belief, Fluence LLC was provided with a fair opportunity to declare the Cargo's value on the face of the BBC Bills of Lading and the SCHENKERocean Sea Waybill; however, Fluence LLC did not declare a value for the Cargo on any of the foregoing.

11. To the extent Fluence LLC or BBC will allege liability on the part of Schenker, Inc., Schenker Deutschland AG, or SCHENKERocean Ltd. for the alleged loss or damage arising out of the shipment, including any loss or damage to the Cargo, Schenker, Inc., Schenker Deutschland AG, SCHENKERocean Ltd., BBC, Fluence LLC, and Fluence GmbH are entities that are parties at interest under the contract for carriage described herein within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

12. As a COGSA "Carrier," SCHENKERocean Ltd. is not liable for any loss to cargo resulting from excepted causes. Here, any damage or loss arising from the shipment, including any damage to the cargo shipped pursuant to the SCHENKERocean Sea Waybill was exclusively caused by one or more excepted cause. SCHENKERocean is therefore not liable for any loss or damage to the Cargo.

13. Although any alleged liability on the part of SCHENKERocean Ltd. is expressly denied, any such liability potentially arising out of the factual circumstances described above is subject to the COGSA's liability limitations contained within the BBC Bills of Lading and the SCHENKERocean Sea Waybill, and incorporated by express reference in the agreement between Schenker Deutschland and Fluence GmbH and/or Fluence LLC. The limitations to which Schenker, Inc., Schenker Deutschland AG, and SCHENKERocean Ltd. are entitled include, but are not limited to, the $500.00 per package or customary freight unit limitation.

For these reasons, SCHENKERocean, Ltd. prays:

1. For a declaratory judgment that the exceptions provided by COGSA are a complete liability shield preventing any recovery by Fluence Energy, LLC and/or Fluence Energy, GmbH from Schenker Deutschland, AG, Schenker, Inc., and SCHENKERocean, Ltd. for alleged damage or loss arising from the shipment, including alleged damage or loss to the Cargo.

2. Alternatively, the limitation of liability provisions in COGSA apply to the contract of carriage, thus limiting any potential recovery by the defendants from Schenker Deutschland AG, Schenker, Inc. and SCHENKERocean, Ltd. to $500.00 per package for alleged damage or loss arising from the shipment, including alleged damage or loss to the Cargo.

3. Alternatively, the cargo was received and transported under and pursuant to a bill of lading, and if there was any loss or damage arising from the shipment, including any loss or

damage to the cargo, such loss or damage was due to one or more of the causes for which neither the carrier nor its agents is liable by virtue of the provisions of the Bill of Lading, incorporated by reference through the SCHENKERocean Sea Waybill.

4.  That this United States District Court for the Southern District of Texas is the proper and exclusive venue in which any claim arising out of the contract of carriage evidenced by the BBC Bills of Lading referenced herein for the intended shipment of Cargo from Hai Phong, Vietnam to San Diego, California.

5.  For any and all further relief, at equity or at law, to which they may be entitled.

        Respectfully submitted,

        */s/ James T. Bailey*
        Robert L. Klawetter
        Federal I.D. 2471
        State Bar No. 11554700
        klawetter@easthamlaw.com
        James T. Bailey
        Federal I.D. 30347
        State Bar No. 24031711
        bailey@easthamlaw.com
        Cameron A. Hatzel
        Federal I.D. 1128943
        State Bar No. 24074373
        hatzel@easthamlaw.com
        The Niels Esperson Building
        808 Travis Street, Suite 1300
        Houston, Texas  77002
        Telephone: (713) 225-0905
        Facsimile:  (713) 225-2907

        *Attorneys for Schenker Inc.*
        *Schenker Deutschland, AG &*
        *SCHENKERocean Ltd.*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing pleading on **15 September 2021**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

*/s/ James T. Bailey*
James T. Bailey
