UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO.: 4:21-CV-02235 |
| | § | **ADMIRALTY** |
| FLUENCE ENERGY, LLC, SCHENKER, INC., and SCHENKER DEUTSCHLAND AG | § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |
| Defendants. | § § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## BBC CHARTERING CARRIERS GMBH & CO. KG'S CERTIFICATE OF INTERESTED PARTIES

BBC Chartering Carriers GmbH & Co. KG ("BBC") files this Certificate of Interested Parties under Fed. R. Civ. P. 7.1 and the Court's Order entered July 13, 2021 (Rec. Doc. 2):

1. BBC;

2. Briese Schiffahrts GmbH & Co. KG MS "Filsum";

3. Fluence Energy, LLC;

4. Fluence Energy GmbH;

5. Schenker, Inc.;

6. Schenker Deutschland AG; and

7. SCHENKERocean Ltd.

Respectfully submitted,

*/s/ Jason P. Waguespack*
Jason P. Waguespack, T.A.
   Federal I.D. No. 268357
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
One Shell Square, 40th Floor
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Telecopier: (504) 525-2456

OF COUNSEL:

Andrew V. Waters (LA #37913)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456

ATTORNEYS FOR PLAINTIFF
*BBC Chartering Carriers GmbH & Co. KG*