UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, § § §  Plaintiff, § § v. § § FLUENCE ENERGY, LLC; SCHENKER, INC.; and SCHENKER DEUTSCHLAND AG § § §  Defendants, § § v. § § FLUENCE ENERGY, GmbH, § §  Third-Party Defendant. § | C.A. NO. 4:21-cv-02235 Admiralty 9(h) |

### FLUENCE ENERGY, LLC AND FLUENCE ENERGY, GmbH'S CERTIFICATE OF INTERESTED PARTIES

Fluence Energy, LLC and Fluence Energy, GmbH[1] (collectively "Fluence") files this Certificate of Interested Parties pursuant to Federal Rules of Civil Procedure 7.1 and the Court's Order (Doc. 2):

1. BBC Chartering Carriers GmbH & Co. KG (Plaintiff);

2. Briese Schiffahrts GmbH & Co. KG MS "Filsum" (Registered Owner of BBC Finland);

3. Fluence Energy, GmbH (Defendant);

4. Fluence Energy, LLC (Defendant);

5. Schenker, Inc. (Defendant);

---

[1] Fluence Energy, LLC and Fluence Energy, GmbH have filed Motions to Dismiss under Rule 12(b)(2) for lack of personal jurisdiction.

6. Schenker Deutschland AG (Defendant);

7. SCHENKERocean Ltd. (Intervenor);

8. AES Grid Stability LLC;

9. <u>The AES Corporation;</u>

10. Siemens Industry, Inc.;

11. <u>Siemens AG;</u>

12. QIA Florence Holding LLC; and

13. Qatar Investment Authority.

Respectfully submitted,

/s/ Julia M. Haines_ _____
Julia M. Haines
Texas Bar No. 08710800
Federal Bar No. 00765
Christopher Nolan
New York Bar No. 042834
Federal Bar No. 3653718
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Julia.Haines@hklaw.com
Chris.nolan@hklaw.com

Andrew S. Chamberlin (Admitted *Pro Hac Vice*)
N.C. State Bar No. 17369
Dixie T. Wells (Admitted *Pro Hac Vice*)
N.C. State Bar No. 26816
Steven A. Scoggan (Admitted *Pro Hac Vice*)
N.C. State Bar No. 46387
ELLIS & WINTERS LLP
Post Office Box 2752
300 North Green Street (27401)
Greensboro, NC  27402
Telephone: (336) 217-4195
Facsimile: (336) 217-4198
andrew.chamberlin@elliswinters.com

dixie.wells@elliswinters.com
steven.scoggan@elliswinters.com

ATTORNEYS FOR DEFENDANT
FLUENCE ENERGY, LLC and
THIRD-PARTY DEFENDANT FLUENCE
ENERGY, GMBH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/EFT system on this the 22st day of October, 2021.

/*s/* Julia M. Haines_____
Julia M. Haines