IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG, | § § § | |
| v. | § § | C.A. NO. 4:21-CV-02235 Admiralty 9(h) |
| FLUENCE ENERGY, LLC, SCHENKER, INC., and SCHENKER DEUTSCHLAND AG | § § § § | |

**DEFENDANT SCHENKER DEUTSCHLAND AG'S
AMENDED THIRD-PARTY COMPLAINT**

Defendant/Third-Party Plaintiff Schenker Deutschland AG ("Schenker Deutschland") files this Amended Third-Party Complaint against Fluence Energy GmbH ("Fluence GmbH") pursuant to Fed. R. Civ. P. 14 and Fed. R. Civ. P. 15(a) and would respectfully show the following:

1. This action concerns a Cargo of goods shipped aboard the *BBC Finland* from Hai Phong, Vietnam to San Diego, California. Plaintiff, BBC Chartering Carriers GmbH & Co. KG ("BBC"), filed their Complaint seeking, *inter alia*, a declaratory judgment regarding the application of the Carriage of Goods by Sea Act, Pub. L. No. 521, 49 Stat. 1207 (1936), *reprinted in* 46 U.S.C. § 30701 n.1 ("COGSA") both under the terms of the contract of carriage and by operation of law.

2. BBC joined three entities to their complaint—Fluence Energy, LLC ("Fluence LLC"), as the Shipper under four BBC Bills of Lading, Schenker, Inc. as the consignee identified under the four BBC Bills of Lading, and Schenker Deutschland. BBC alleged that all three entities would be affected by a declaration in this case.

3. Fluence LLC asserts that it "hired DB Schenker to book the loading, stowage, and carriage of Fluence's cargo." (Doc. 11 at 2). Fluence LLC and Fluence GmbH have also referred

to email correspondence which demonstrates to Fluence GmbH's involvement with the shipment in question. (*See, e.g.,* Doc. 27-1). Accordingly, Fluence LLC and/or Fluence GmbH are subject to personal jurisdiction pursuant to the terms of the BBC Bills of Lading referenced above.

    4.    The ocean carriage described in the foregoing paragraph was pursuant to a freight forwarding/multimodal transport contract between Schenker Deutschland and Fluence GmbH and/or Fluence LLC. The freight forwarding/multimodal transport contract is evidenced by the following correspondence:

    a.    On December 29, 2020, Schenker Deutschland emailed Fluence GmbH and/or Fluence LLC a proposal for transportation of Fluence Cubes from Vietnam to California. The email had an attached spreadsheet with the terms of the offer, including the condition that "B/L- and/or B/N-Conditions of carrier's to apply."

    b.    On January 13, 2021, Schenker Deutschland received a message from Fluence GmbH and/or Fluence LLC stating "Fluence confirmed your attached offer for our SPower Luna project and nominated Schenker for our freight forwarder for this project." The spreadsheet referenced above was also attached to this confirmation.

    c.    On February 24, 2021, Schenker Deutschland wrote to Fluence GmbH and/or Fluence LLC, stating, "we presently can offer the following realistic options based on BBC (= same carrier presently being employed for LS power I & II), … M/V "BBC Finland" or sub. laycan Haiphong 24.-31.03.2021."

    d.    On February 25, 2021, Fluence GmbH and/or Fluence LLC responded that, "We can confirm that Schenker is to proceed with the booking of the vessel for end of March 2021 (24 – 31st)."

5. Based upon information and belief, Fluence LLC and/or Fluence GmbH were notified and advised that BBC was the ocean carrier before the ocean voyage.

6. Schenker Deutschland signed a Sea Waybill on behalf of SCHENKERocean Ltd. which lists Fluence LLC as the consignee for the carriage of goods in question. In addition to applying by operation of law, COGSA also applies under the terms of the SCHENKERocean Sea Waybill. SCHENKERocean Ltd. has filed a Complaint in Intervention in this proceeding. (Doc. 21).

7. The Third-Party Defendant Fluence GmbH is an entity that will be affected by this declaration. Upon information and belief, Fluence GmbH has an interest in the cargo.

8. Upon information and belief, Fluence GmbH is a foreign entity organized and existing under the laws of a foreign nation, with its principal offices located in Germany. Fluence GmbH has been served and has appeared in this action on October 22, 2021. (Doc. 33).

9. Pursuant to FED. R. CIV. P. 10(c), Schenker Deutschland incorporates by reference and adopts the factual allegations set forth in paragraphs IX, X, XI, XII, XIII, and XIV of the Complaint.

10. On information and belief, Fluence LLC and/or Fluence GmbH were provided with a fair opportunity to declare the Cargo's value on the face of the BBC Bills of Lading and the SCHENKERocean Sea Waybill; however, Fluence LLC and/or Fluence GmbH did not declare a value for the Cargo on any of the foregoing.

11. To the extent Fluence LLC, Fluence GmbH, or BBC will allege liability on the part of Schenker, Inc., Schenker Deutschland, or SCHENKERocean, Ltd. for the alleged damage to the Cargo, the foregoing entities are parties at interest under the contract for carriage described herein within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201(a).

12. Any alleged damage or loss of the Cargo described herein is subject to the COGSA's liability limitations contained within the BBC Bills of Lading and the SCHENKERocean Sea Waybill and incorporated by express reference in the freight forwarding/multimodal transport agreement between Schenker Deutschland and Fluence LLC and/or Fluence GmbH. The limitations to which Schenker, Inc., Schenker Deutschland AG, and SCHENKERocean Ltd. are entitled include, but are not limited to, the $500.00 per package or customary freight unit limitation.

For these reasons, Schenker Deutschland AG prays that:

1. Its Third-Party Complaint be served on Fluence Energy GmbH and that Fluence Energy GmbH be cited to appear and answer all and singular the allegations contained herein;

2. A declaration that the exceptions provided by COGSA are a complete liability shield preventing any recovery by Fluence Energy GmbH, Fluence Energy LLC, and BBC Chartering Carriers GmbH & Co. KG from Schenker, Inc., Schenker Deutschland AG, and SCHENKERocean Ltd. for the alleged damage and/or loss to the cargo;

3. In the alternative, the limitation of liability provisions in COGSA apply to the contract of carriage, thus limiting any potential recovery by Fluence Energy GmbH, Fluence Energy LLC, and BBC Chartering Carriers GmbH & Co. KG from Schenker, Inc., Schenker Deutschland AG, and SCHENKERocean Ltd. to $500.00 per package for the alleged damage and/or loss to the Cargo;

4. The United States District Court for the Southern District of Texas is the proper and exclusive venue in which any claim arising out of the contract of carriage evidenced by the BBC Bills of Lading referenced herein for the intended shipment of Cargo from Hai Phong, Vietnam to San Diego, California;

5.  Alternatively, the cargo was received and transported under and pursuant to a bill of lading, and if there was any loss or damage to the cargo, such loss or damage was due to one or more of the causes for which neither the carrier nor its agents are liable by virtue of the provisions of the BBC Bill of Lading, incorporated by reference through the SCHENKERocean Sea Waybill; and,

6.  For any and all further relief, at equity or at law, to which it may be entitled.

                                                Respectfully submitted,

                                                */s/ James T. Bailey*

Robert L. Klawetter
Federal I.D. 2471
State Bar No. 11554700
klawetter@easthamlaw.com
James T. Bailey
Federal I.D. 30347
State Bar No. 24031711
bailey@easthamlaw.com
Cameron A. Hatzel
Federal I.D. 1128943
State Bar No. 24074373
hatzel@easthamlaw.com
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile:  (713) 225-2907

*Attorneys for Schenker Deutschland AG*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing pleading on **12 November 2021**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

                                                     */s/ James T. Bailey*
                                                      James T. Bailey