Jason P. Waguespack, admitted *pro hac vice*, Louisiana Bar No. 21123
Samuel L. Fuller, admitted *pro hac vice*, Louisiana Bar No. 35134
Cody W. Castle, admitted *pro hac vice*, Louisiana Bar No. 39138
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Telecopier: (504) 525-2456
Email: jwaguespack@gallowaylawfirm.com
       slfuller@gallowaylawfirm.com
       ccastle@gallowaylawfirm.com

Attorneys for plaintiff/counter-defendant BBC Chartering Carriers GmbH & Co. KG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BBC CHARTERING CARRIERS GmbH & CO. KG,<br><br>    Plaintiff,<br>v.<br>FLUENCE ENERGY, LLC, SCHENKER, INC.; and SCHENKER DEUTSCHLAND AG;<br><br>    Defendants.<br><br>FLUENCE ENERGY GmbH,<br><br>    Counter-claimant,<br>    v.<br>BBC CHARTERING CARRIERS GmbH & CO. KG,<br><br>    Counter-defendant. | Case No.:  3:21-cv-02014-BEN-JLB<br>**Related Case:** 3:21-cv-01239-BEN-JLB<br><br>**BBC CHARTERING CARRIERS GMBH & CO. KG'S ANSWER AND AFFIRMATIVE DEFENSES TO FLUENCE ENERGY GMBH'S AMENDED COUNTERCLAIM** |

# ANSWER

BBC Chartering Carriers GmbH & Co. KG ("BBC") submits the following Answer to the Amended Counterclaim ("Amended Counterclaim") of Fluence Energy GmbH ("Fluence").

1. BBC denies the allegations contained in Paragraph 1.

2. BBC admits that this is an Admiralty and Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and that it is within the admiralty and maritime jurisdiction of the United States. BBC denies all other allegations contained in Paragraph 2.

3. BBC denies the allegations contained in Paragraph 3.

4. BBC denies the allegations contained in Paragraph 4.

5. As to Paragraph 5, BBC lacks knowledge or information sufficient to form a belief as to those allegations and on that basis denies them.

6. BBC admits that it is a corporation headquartered in Leer, Germany. BBC denies all other allegations contained in Paragraph 6.

7. BBC denies the allegations contained in Paragraph 7.

8. BBC denies the allegations contained in Paragraph 8.

9. As to Paragraph 9, BBC lacks knowledge or information sufficient to form a belief as to the truth of the specific content of the containers or its condition and on that basis denies those allegations.

10. As to Paragraph 10, BBC lacks knowledge or information sufficient to form a belief as to the truth of the actual condition of the Cargo on loading and on that basis denies those allegations. BBC admits that the Cargo was loaded at Hai Phong, Vietnam on or about 15 April 2021 for carriage to San Diego, California.

11. As to Paragraph 11, BBC lacks knowledge or information sufficient to form a belief as to those allegations and on that basis denies them.

12. to Paragraph 12, BBC lacks knowledge or information sufficient to form a belief as to those allegations and on that basis denies them.

1    13.    As to Paragraph 13, BBC lacks knowledge or information sufficient to form
2 a belief as to those allegations and on that basis denies them.
3    14.    BBC denies the allegations contained in Paragraph 14.
4    15.    BBC denies the allegations contained in Paragraph 15.
5    16.    As to paragraph 16, BBC lacks knowledge or information sufficient to form a
6 belief as to the truth of the specific content of the containers or its condition and on that
7 basis denies those allegations.
8    17.    BBC denies the allegations contained in Paragraph 17.
9    18.    BBC denies the allegations contained in Paragraph 18.
10    19.    BBC denies the allegations contained in Paragraph 19.
11    20.    BBC denies the allegations contained in Paragraph 20.
12    21.    BBC denies the allegations contained in Paragraph 21.
13    22.    BBC admits the allegations contained in Paragraph 22.
14    23.    As to Paragraph 23, BBC lacks knowledge or information sufficient to form
15 a belief as to the truth of the allegations and on that basis denies them.
16    24.    BBC denies the allegations contained in Paragraph 24.
17    25.    BBC denies the allegations contained in Paragraph 25.
18    26.    As to paragraph 26, BBC admits that the Vessel arrived in Aomori, Japan on
19 or about 8 May 2021 but lacks knowledge or information sufficient to form a belief as to
20 the truth of the remaining allegations and on that basis denies them.
21    27.    BBC denies the allegations contained in Paragraph 27.
22    28.    BBC denies the allegations contained in Paragraph 28.
23    29.    BBC denies the allegations contained in Paragraph 29.
24    30.    BBC denies the allegations contained in Paragraph 30.
25    31.    BBC denies the allegations contained in Paragraph 31.
26    32.    BBC denies the allegations contained in Paragraph 32.
27    33.    As to Paragraph 33, BBC lacks knowledge or information sufficient to form
28 a belief as to the truth of the allegations and on that basis denies them.

34. As to Paragraph 34, BBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

35. As to Paragraph 35, BBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

36. As to Paragraph 36, BBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

37. BBC denies the allegations contained in Paragraph 37.

38. BBC denies the allegations contained in Paragraph 38.

39. BBC admits that some of the Cargo in the 246 containers was inspected in San Diego. Except as so admitted, the remaining allegations in Paragraph 39 are denied.

40. BBC denies the allegations contained in Paragraph 40.

41. BBC denies the allegations contained in Paragraph 41.

42. BBC denies the allegations contained in Paragraph 42.

43. BBC denies the allegations contained in Paragraph 43.

44. The allegations contained in Paragraph 44 do not require a response, and in an abundance of caution, the allegations are denied.

45. As to Paragraph 45, BBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

46. As to Paragraph 46, BBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

47. As to Paragraph 47, BBC lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies them.

48. BBC denies the allegations contained in Paragraph 48.

49. BBC denies the allegations contained in Paragraph 49.

50. BBC denies the allegations contained in Paragraph 50.

51. BBC denies the allegations contained in Paragraph 51.

52. BBC denies the allegations contained in Paragraph 52.

53. BBC denies the allegations contained in Paragraph 53, including subparts a. through c.

54. The allegations contained in Paragraph 54 do not require a response, and in an abundance of caution, the allegations are denied.

55. BBC denies the allegations contained in Paragraph 55.

56. BBC denies the allegations contained in Paragraph 56.

57. BBC denies the allegations contained in Paragraph 57.

58. BBC denies the allegations contained in Paragraph 58.

59. BBC denies the allegations contained in Paragraph 59.

60. BBC denies the allegations contained in Paragraph 60.

61. BBC denies the allegations contained in Paragraph 61.

62. The allegations contained in Paragraph 62 do not require a response, and in an abundance of caution, the allegations are denied.

63. BBC denies the allegations contained in Paragraph 63.

64. BBC denies the allegations contained in Paragraph 64.

65. BBC denies the allegations contained in Paragraph 65.

66. BBC denies the allegations contained in Paragraph 66.

67. BBC denies the allegations contained in Paragraph 67.

68. BBC denies the allegations contained in Paragraph 68.

69. BBC denies the allegations contained in Paragraph 69.

70. BBC denies the allegations contained in Paragraph 70.

71. BBC denies the allegations contained in Paragraph 71.

72. BBC denies the allegations contained in Paragraph 72.

73. BBC denies the allegations contained in Paragraph 73.

74. BBC denies the allegations contained in Paragraph 74.

75. BBC denies the allegations contained in Paragraph 75.

76. BBC denies the allegations contained in Paragraph 76.

77. BBC denies the allegations contained in Paragraph 77.

78. BBC denies the allegations contained in Fluence's prayer for relief and its subparts 1. and 2.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense
### (Failure to State a Claim)

1. Fluence's Amended Counterclaim fails to state a claim or cause of action upon which relief may be granted.

### Second Affirmative Defense
### (Lack of Personal Jurisdiction)

2. The Court lacks personal jurisdiction over BBC as BBC has no presence in the district.

### Third Affirmative Defense
### (Standing)

3. On information and belief, Fluence lacks standing and is not the proper party to bring this suit against BBC for the alleged loss of or damage to the subject cargo.

### Fourth Affirmative Defense
### (Conditional Contractual Defenses)

4. In the event the Court were to find BBC bound by any bill of lading or Sea Waybill issued in connection with the carriage of the subject cargo, BBC claims the benefit of each and every defense and provision contained in any such bill of lading or Sea Waybill.

### Fifth Affirmative Defense
### (Conditional Statutory Defenses – COGSA, Harter)

5. If BBC has any liability to Fluence in connection with the matters alleged in its Amended Counterclaim, which liability BBC denies, then BBC claims the right either

to be exonerated from such liability or to have its liability limited by the provisions of the Carriage of Goods by the Sea Act ("COGSA"), codified at 46 U.S.C. § 30701 Note § 4(5) (formerly 46 U.S.C.A. § 1304(5)), and/or the Harter Act, 46 U.S.C. § 30701–30707.

### Sixth Affirmative Defense
### (Conditional Defenses – COGSA, General Maritime Law)

6. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC is not responsible for the alleged loss of or damage to the cargo because the loss or damage was caused by an act or omission of the shipper or owner of the goods or any of their agents or representatives, relieving BBC of liability under the general maritime laws of the United States or the application of COGSA.

### Seventh Affirmative Defense
### (Conditional Defense – Insufficient Packing)

7. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC is not responsible for the alleged loss of or damage to the cargo because the loss or damage was caused by insufficient packing of the goods, relieving the carrier of such liability under the general maritime law of the United States and/or COGSA.

### Eighth Affirmative Defense
### (Conditional Defense – Wasting or Inherent Defect)

8. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC is not responsible for the alleged loss of or damage to the cargo because the loss or damage was caused by wasting in bulk or by some other inherent defect, quality, or vice of the goods, relieving the carrier of such liability under the general maritime law of the United States and/or COGSA.

## Ninth Affirmative Defense

## (Conditional Defense – Perils of the Sea)

9. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC is not responsible for the alleged loss of or damage to the cargo because the loss or damage was caused by perils, dangers, or accidents of the sea, relieving the carrier of such liability under the general maritime law of the United States and/or COGSA.

## Tenth Affirmative Defense

## (Conditional Defense – $500 Package Limitation)

10. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC's liability for the alleged loss of or damage to the cargo, if any, is limited to $500 per package or customary freight unit pursuant to COGSA and the terms of the bills of lading and/or the applicable contract of carriage which the subject cargo was carried.

## Eleventh Affirmative Defense

## (No Causation)

11. The damages that Fluence allegedly sustained, if any, were not proximately caused by any act or failure to act on the part of BBC but were caused by acts or omissions on the part of Fluence and its agents, employees, or others for him Fluence is responsible.

## Twelfth Affirmative Defense

## (Third Party Liability)

12. The loss of or damage to the subject cargo, if any, was caused wholly or in part by the fault of persons, entities, or events for whose actions BBC is not responsible.

## Thirteenth Affirmative Defense
## (Comparative Negligence)

13. The alleged loss of or damage to the subject cargo was caused by the negligence of other parties for whom BBC is not responsible; principles of comparative negligence reduce the liability of BBC by the percentage of fault attributable to any of those other parties, including Fluence and its subrogor, employees, agents, or others for whom Fluence is legally responsible.

## Fourteenth Affirmative Defense
## (Mitigation of Damages)

14. On information and belief, Fluence has failed to take reasonable steps to mitigate its alleged damages for the loss of or damage to the subject cargo.

## Fifteenth Affirmative Defense
## (Common Law Doctrine of *Forum Non Conveniens*)

15. Fluence improperly brought its claim for loss of or damage to the subject cargo outside the U.S. District Court for the Southern District of Texas, which forum was prescribed by the terms and conditions of the bill of lading issued by BBC as the COGSA carrier. That bill of lading binds Fluence and the owner of the subject cargo as "Merchant(s)" as defined in that bill of lading and/or the applicable contract of carriage issued to Schenker Inc. or Schenker Deutschland or both, as Fluence's agent. The common law doctrine of *forum non conveniens* dictates that the case should be dismissed in favor of that federal forum.

## Sixteenth Affirmative Defense
## (Improper Venue)

16. Fluence is barred from pursuing its claims in the Southern District of California because venue is improper in this District. The Amended Counterclaim, and

each claim contained in it, should be dismissed under Rule 12(b)(3) of the Federal Rules of Civil Procedure or, in the alternative, transferred to the proper venue.

**Seventeenth Affirmative Defense**

**(Conditional Defense – Dangerous Goods Under COGSA)**

17. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC is not responsible for loss or damage arising or resulting from the dangerous nature of the cargo: To the extent that neither Fluence nor BBC had actual or constructive knowledge of the inherent dangers of the cargo before shipment, COGSA makes Fluence, as the shipper of the cargo, strictly liable for any alleged damage to the cargo. 46 U.S.C. § 1304(6).

**Eighteenth Affirmative Defense**

**(Preemption)**

18. Each of Fluence's causes of action in its Amended Counterclaim is preempted by COGSA, which governs the shipment of the subject cargo by force of law.

**Nineteenth Affirmative Defense**

**(Preservation of Defenses/Terms and Conditions**

**of BBC Bill of Lading)**

19. BBC is entitled to claim and claims the benefit of each of the terms and conditions/defenses contained in the bills of lading it issued in connection with the carriage of Plaintiff's Cargo.

**Twentieth Affirmative Defense**

**(Preservation of Defenses/Terms and Conditions**

**of Booking Note Between BBC and Schenker Deutschland AG)**

20. BBC is entitled to claim and claims the benefit of each of the terms and

conditions/defenses contained in the Booking Note agreed between BBC and Schenker Deutschland AG.

### Twenty-First Affirmative Defense
### (No Right of Action)

21. FLUENCE has no right of action and/or cause of action against BBC as BBC was not and is not contractually bound by the DB Schenker Sea Waybills; it did not ratify the Sea Waybills; and it has no legal liability to Fluence on its claims as stated in its Amended Counterclaim.

### Twenty-Second Affirmative Defense
### (Act of God/Force Majeure)

22. BBC avers that if the cargo sustained damage, which is denied, said damage was caused by an act of God, a force majeure, and/or an unavoidable accident for which BBC cannot be held legally responsible.

### Twenty-Third Affirmative Defense
### (Pre-Judgment Interest)

23. BBC explicitly denies that it is liable for pre-judgment interest.

### Twenty-Fourth Affirmative Defense
### (Attorneys' Fees)

24. BBC explicitly denies that it is liable for attorneys' fees and/or costs.

### Twenty-Fifth Affirmative Defense
### (Frustration)

25. BBC pleads the affirmative defense of frustration in response to any allegations of BBC's breach of contract.

**Twenty-Sixth Affirmative Defense**

**(Conditional Defense – Fire Under COGSA)**

26. To the extent BBC is found to be a carrier or bound by a bill of lading issued in connection with the subject cargo, BBC is not responsible for loss or damage arising or resulting from Fire under COGSA, as BBC has no privity or fault in causing any fire in the subject matter.

**Prayer**

BBC requests judgment in its favor and against Fluence as to the causes of action asserted against BBC in Fluence's Amended Counterclaim, and for costs, attorney's fees, and any other relief to which BBC is entitled and as the Court may find just and proper.

Respectfully submitted,

Dated: February 9, 2022         GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

*/s/Jason P. Waguespack*
Jason P. Waguespack
(Admitted *pro hac vice*)
Samuel L. Fuller
(Admitted *pro hac vice*)
Cody W. Castle
(Admitted *pro hac vice*)

ATTORNEYS FOR PLAINTIFF

*BBC Chartering Carriers GmbH & Co. KG*

**CERTIFICATE OF SERVICE**

Pursuant to Rederal Rule of Civil Procedure 5, I certify that a copy of the foregoing was electronically served on all counsel of record, on February 9, 2022.

*/s/Jason P. Waguespack*
Jason P. Waguespack
